### DANIELS *v.* CRANE.

SAVING QUESTIONS FOR REVIEW—CASE TRIED TO COURT—ABSENCE OF FINDINGS.

> Where in a case tried to the court without a jury no written findings of fact or law were made or requested there is nothing for this court to review on error.

Error to Benzie; Chittenden, J. Submitted June 29, 1905. (Docket No. 95.) Decided September 28, 1905.

Assumpsit by William S. Daniels against Martin Crane for goods sold and delivered. There was judgment for plaintiff, and defendant brings error. Affirmed.

*D. G. F. Warner,* for appellant.

*Stuart & Heald,* for appellee.

MOORE, C. J. This case was commenced by attachment. It was tried before the judge without a jury. No requests were filed for written findings of fact or law. None were found. The judge rendered a judgment in favor of the plaintiff. The case is brought here by writ of error. Under the repeated rulings of this court there is nothing for us to review. *McDonell* v. *Union Trust Co.*, 139 Mich. 386; and the many cases there cited.

Judgment is affirmed.

CARPENTER, MCALVAY, GRANT, and BLAIR, JJ., concurred.